IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRANKIE DEAN BAKER,

       Petitioner,

v.                                      4:05cv322-WS

JAMES CROSBY,

       Respondent.

_____

ORDER SUMMARILY DISMISSING PETITIONER'S
EMERGENCY MOTION FOR HABEAS CORPUS

     Before the court is the magistrate judge's report and recommendation docketed September 13, 2005.  See Doc. 3.  The magistrate judge recommends that the petitioner's "Emergency Motion of Habeas Corpus" be summarily dismissed.  The petitioner has filed no objections to the report and recommendation.

     Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

     Accordingly, it is ORDERED:

     1.  The magistrate judge's report and recommendation (doc. 3) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's "Emergency Motion of Habeas Corpus" (doc. 1) is hereby summarily DISMISSED.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this October 17, 2005.

    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE